**Appeal Dismissed and Memorandum Opinion filed April 27, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00058-CR

## EX PARTE SAMER ISSAM NAHAS

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1065518A**

## MEMORANDUM OPINION

This attempted appeal is from an order denying appellant's application for writ of habeas corpus. The order was signed on November 14, 2018. Appellant's notice of appeal was untimely filed on January 21, 2021. *See* Tex. R. App. P. 26.2; 26.3.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of

appeal is not timely filed, we can take no action other than to dismiss the appeal for want of jurisdiction. *See id.*

On March 29, 2021, the parties were notified the appeal would be dismissed for lack of jurisdiction unless a party demonstrated the court has jurisdiction. Appellant's response does not demonstrate this court's jurisdiction. *See Slaton v. State,* 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (declining to apply Rule 2 of the Texas Rules of Appellate Procedure to alter the time for perfecting an appeal in a criminal case.); Tex. R. App. P. 2.

We dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).